## TINSLEY v. STATE.
### No. 26022.

Court of Criminal Appeals of Texas.
Nov. 12, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged with a violation of the liquor law. He waived trial by jury and entered his plea before the court. He was found guilty and assessed a fine of $250.

The record before us contains neither a statement of facts nor bill of exception. All proceedings appear regular and no error is reflected by the record.

The judgment is affirmed.